142240, United States v. Johnson. And, um, Ms. Scott, hello. How are you? Doing well, Your Honor. Thank you. May it please the Court, Counsel for the Government. Child pornography in and of itself is distasteful. The victims of child pornography find themselves being humiliated and degraded in general. But that's not the question before the Court today. The question before the Court today is not whether or not our sensibilities are offended by child pornography or whether or not we feel a little uneasy about photographs that contain child victims. The question before this Court today is whether or not when Mr. Johnson had the 12-year-old victim, in this case, insert a screwdriver or a highlighter into her vagina, whether or not that was sadistic. And the answer to that question is no. When we view, when we take a look at these, when we take a look at this issue, we don't view it through the lens of whether or not the 12-year-old felt uneasy with an after-the-fact expression of remorse. What difference does it make that the individual performing the act is both the victim and is barely 12 years old? I don't think it makes a difference, Your Honor. I think the question is whether or not the image itself is sadistic, whether or not we're looking at something that falls outside the ordinary course of what is deemed acceptable in sexual activity. When we look at it, the reality is there are people who have all kinds of fetishes that some or none of us engage in. But when we look at what is, whether or not something is sadistic, we look at whether or not it was intended to inflict emotional pain, whether or not it was intended to degrade the person in the photograph, whether or not it was intended to cause pain. And that's not what we have here. What we have here is Mr. Johnson, who happens to be a man who is attracted to young women, to young girls. Sorry, let me not use the word woman. He's attracted to young women. He's a pedophile. He's a pedophile. That is correct, and he's an active pedophile. And he is a person who would be aroused whether or not there was a screwdriver in the photograph. He would be aroused whether or not there was some other object in the photograph. He did not want the photograph because he hoped he was aroused by the cause of pain or degradation or humiliation or anything of that nature. Mr. Johnson simply wanted to fulfill his own jollies, and that's why he had the photograph taken. Is intent to degrade or humiliate necessary, or is it sufficient if either of those occur as a result of the conduct, regardless of whether Mr. Johnson was intentionally inflicting such degradation or humiliation? Intent is key, Your Honor. When we look at the ordinary definition of sadism, intent is critical to the analysis. It's not whether or not it's something that happens as a result. And as the court in New Mexico noted, were we to simply say that because humiliation or degradation is a byproduct of child pornography, then the four-level enhancement should be imposed, then all child pornography would be subjected to the four-level enhancement because it would be considered to be sadistic. But that's not the case here. Sadistic images are those that are created for the purpose of causing emotional – when you engage in sadistic acts, it's for the purpose of causing some sort of emotional pain, degradation, things of that nature. So the intent is key. Does it matter? Would it make a difference if it was his idea or her idea to do that? I don't think it matters, but I do think that it speaks to – I think it speaks somewhat to whether or not – I think it speaks a little bit to whether or not it was truly sadistic. In other words, if no one is – I think if we have a situation where, say, someone was forcing a screwdriver into the vagina of a person, then that would be – that would clearly be sadistic. However, if – So it has to be – to be sadistic, you mean it has to be painful, irritating, very objectionable. And the reason I ask my question is I thought I saw somewhere where her testimony was that it was her idea. She did that on her own. That is correct, and I think that that speaks to the nature of it not being sadistic. The fact that she would, on her own, pick up a screwdriver and insert it into her own vagina as opposed to having someone do it for her speaks – It wasn't painful. It wasn't something that she wouldn't do otherwise, I guess. Exactly. I mean, if you look at adult sex patterns, for instance, there are plenty of websites that have self-pleasure devices for sale for the masses. People insert things into their own orifices on a regular basis. It may not be something that everyone does, but it is something that they do. So I think that puts it more – that, again, takes it out of being sadistic and something that is not sadistic. But are you arguing that she decided to do this entirely on her own without him ever having suggested it to her? Absolutely not, Your Honor. There's no question that this young girl decided that she would take photographs for Mr. Johnson's pleasure. There's no question that the photographs were directly requested by Mr. Johnson. In her testimony while in the Waukesha County Court, she testified that with regard to the screwdriver itself, that was her idea to insert the screwdriver. But the photographs were definitely requested by Mr. Johnson, and he certainly benefited by getting pleasure from them. Well, you're just saying that that's all considered in the long sentence, but the enhancement, you're saying it wasn't sadistic. Correct. And I'm just saying, I guess we look at torture and other things that are painful, something you wouldn't do, and that's the only thing that I can see that may benefit your argument, that this was her idea, something she would do, maybe something she thought he would like to see or whatever. But sadistic as opposed to, I don't know what the other word is, pleasurable or something, that's what I'm weighing here. Well, if you weigh it that way, when we look at sadistic behavior, again, we have to take it out of the realm of simply being a child pornography case. If we had an adult woman that was sitting here, and so let's say, for instance, we're not talking about a 12-year-old, we're talking about a 25-year-old. And if a 25-year-old decided, you know, I don't want to pay money to go to one of these high-priced websites to get a self-pleasure device, so instead I'm going to go to my toolbox and use a screwdriver, we would not consider that to be sadistic. It would be a little odd, out of the norm, but it wouldn't be sadistic. I think the fact that the girl says that she did it, that she on her own grabbed the screwdriver and inserted it into her vagina because she thought he would like it bolsters the fact that it's not sadistic. But how do we deal with the fact that she said she felt stupid about it? Doesn't that suggest that the use of the screwdriver was degrading and humiliating beyond the usual degradation, you know, that's associated with the creation of all child pornography? No, Your Honor, the fact that she said that she felt stupid, I think you have to take into consider the entire situation. It's not just the insertion of the screwdriver that she was referencing. What she was referencing was the entire situation. This young girl was a virgin, and when she met Mr. Johnson, she thought he too was a virgin, and she thought that she was engaging in what would ultimately be a relationship. When this activity was over, he no longer would communicate with her. She felt stupid. Many women feel stupid and regret engaging in sex acts with men after they've done them. It doesn't make the sex act itself sadistic. It's unfortunate but not sadistic, and there's a difference between the two. Now, see, women and 12-year-olds. There is a difference, Your Honor. There's a difference in mentality, things of that nature, but I think she felt stupid about the circumstance as a whole. She was barely 12. Yes, she was barely 12. Again, we're not at all excusing what Mr. Johnson did. No, I know that. Child pornography. You've made that very clear. Thank you. What was the impact on the sentence? How much did it add to the sentence? The sentencing guideline range was 235 to 292 months of sentencing. Were the four-level enhancement not applied, it would have been 15 years, mandatory minimum, to 210 months. So he could have received up to five years less, and since he was sentenced at the low end of the guideline, I would anticipate that the judge may have considered sentencing him closer to that 15-year mark than the 20-year mark. He's in for how long? Remind us. 20 years. 20, yes. He's in for 20 years, Your Honor. How old is he? He is, let's see, 38. We are the same age. 38, yes. Okay. Thank you. Thank you, Your Honor. Very much. Okay, hi. How are you, Ms. Hoffman? Haven't seen you for a long time. I know. Used to see you so regularly. Well, I'm back. Good. Thank you. Good to have both of you, of course. May it please the Court, Counsel, I'm representing the United States of America. I was not the attorney before Judge Randa. Before I proceed to address some of Ms. Scott's points, I would like to point out, and it's set out in the appendix at page 9, that this behavior does not need to cause pain. So that's not a factor that the Court needed to find. Furthermore, on page 18 to 19 of the sentencing transcript, Judge Randa referred to the victim's statement that it was stupid to do this, referring specifically to inserting the handle of the screwdriver into her vagina. In terms of what the Court is reviewing here and what the lower court found, as the Court stated in United States v. Tertian, sadistic and masochistic conduct includes sexual gratification, which is purposely degrading and humiliating conduct that causes mental suffering or psychological emotional injury to the victim. And that is at page 739 in Tertian. And in this particular case, it was sadistic and masochistic, and it did cause the victim to feel, did cause her mental suffering. She, in fact, stated that she felt stupid. In terms of whose idea it was to insert the handle of the screwdriver into her vagina, her preliminary hearing transcript indicated it was her idea. In a report to a law enforcement officer, she told the law enforcement officer that it was the defendant's idea. And there's no suggestion that the officer misapplied or misstated anything the victim had said, so there are conflicting reports about how this type of activity came to be. I think that even a 4-year-old understands that a screwdriver is typically an object, a tool used to secure something like a screw or a bolt or a nut to a piece of furniture or another piece of hardware. Our screwdrivers are kept in our junk drawer with the paper clips and the gum and everything else. Is that part of the record? No, but I'm asking people to draw upon their common sense. Or they're kept in a toolbox because they are a toolbox. If you're arguing common sense, you already won. Well, thank you. And so here you have a 12-year-old girl, and either by her own idea or suggested by the defendant, she takes a handle of an object that's casually tossed in a drawer or kept in a toolbox used to secure an inanimate object, and she places that item in her vagina. I mean, I think that fits the definition of sadistic and masochistic. It also doesn't need to cause pain. A great Greek philosopher who said that, which is obvious, is better left unsaid. Point well taken. And I think in this particular instance, when you look at all the factors without belaboring them, and one of the factors is the victim's age. It isn't the sole factor involved, but it's one of them. When you look at all the factors involved, you look at the type of object used, the fact that the defendant immediately texted that picture to her or sent her that picture of himself. Looking at all those different factors, the government believes that the court properly applied the enhancement, and barring questions from the court, rests on the brief submitted. Thank you, Ms. Hoffman. Thank you. Come on up, Ms. Scott. You have a little time. Thank you, Your Honors. I don't think the question before the court is whether or not the screwdriver is something that can be used to secure an inanimate object. Of course it can. The question is whether or not the insertion of the screwdriver is considered to be sadistic. Again, the report from the officer said that the girl said that she felt stupid. It was not directly in response to the insertion of the screwdriver. It was about the situation as a whole. Now, her testimony and the only statement that we have directly from her that was not paraphrased by another individual, she said that she did it on her own. That was under the penalty of perjury. Doesn't that sound to you like the defense in a statutory rape case that the 12-year-old consented to the whole program? No, I don't think it's that. The analogy is not off the wall. By the way, I deeply sympathize with the position you take. I'm sorry you got stuck with it. No, but I have to say I don't think that we should view a 12-year-old through the same lens that we're viewing a 4-year-old. The reality is that 12-year-olds are sexually curious. The reason why they become, on some level, subject to the preying of individuals through social media websites is because there's that curiosity. There are psychological journals out there that do detail this curiosity. So I don't think that we're blaming her for what happened, but certainly I think that it makes a difference that she was not forced, that she did it on her own, and that the activity itself is not ordinarily considered sadistic. For that reason, we ask that you reverse and remand to the lower court. Thank you so much. Now you were appointed as well. I am appointed as well. Also a federal defender. Yes. I'll make you chief too. That's okay. Thank you. Thank you very much for your assistance to the court. Thank you too, Ms. Hoffman, for always assisting the court. And the case will be taken under advice.